AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

—07—018

| United States District Court | District Delaware |
|---|---|

| Name Jason Treadway | Prisoner No. 332056 | Case No. 0407014054 |
|---|---|---|

Place of Confinement: Howard R. Young Correctional Institution - P.O. Box 9561 - Wilm Del 19801

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Jason Treadway | v. Raphael Williams |

The Attorney General of the State of: John Barber

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Superior Court of the State of Delaware - New Castle County

2. Date of judgment of conviction: September 19, 2006

3. Length of sentence: 1 year at level (3) probation

4. Nature of offense involved (all counts): Second degree Robbery

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ■
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

   Not Applicable

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____ Not Applicable _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____ Not Applicable _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____ Not Applicable _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____ Not Applicable _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____ Not Applicable At this _____

      (2) Result _____ Present Moment _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____ Delaware Dose not have a _____

      (2) Nature of proceeding _____ Remedy for Restraint of liberty _____

      (3) Grounds raised _____

(3)

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☑

    (5) Result __Not Applicable__

    (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☑

    (5) Result __Not Applicable__

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐  No ☑
    (2) Second petition, etc.  Yes ☐  No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Violation Under the United States Constitution and State Constitution of the Fifth and Fourteenth Amendments; the Due Process of Law and Equal Protection Clause

Supporting FACTS (state *briefly* without citing cases or law) On March 21, 2006, Petitioner file a temporary ordered under the (IAD) Interstate Agreements on Detainers to go to the state of Delaware to answer the Charges in the state of Delaware. On July 17, 2006, the Delaware authorities came to Stevens Correctional Center and transported me to the state of Delaware at Howard R. Young. over

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

(5)

Correctional Institution. On September 19, 2006, the petitioner appeared before the Superior Court of the State of Delaware before the Honorable Courts.

The petitioner accepted a plea offered to a Second degree Robbery.

The Honorable Courts imposed a sentence of 1 year at level (3) probation and released petitioner from Delaware authorities.

The petitioner, request the Warden at Howard R. Young Correctional Institution to turn him back to the State of West Virginia because he dose not have anything pending in the state of Delaware.

The warden is illegally depriving petitioner of his liberty and Restraint under the Instate Agreement on Detainers under Article V.

Petitioner was ordered to be parole in the state of West Virgina, and the warden is illegal and unlawfully restraining petitioner from transporting him back.

Petitione has nothing pending in the state of Delaware and the Superior Court ordered for petitioner to be turnover to West Virgina. Petitioner has been held for 4 month illegally being denial to be turnover to the State of West Virgina.

AO 241 (Rev. 5/85)

C. Ground three: Violation Under Article V of the Interstate Agreements on Detainers and depriving his Liberty.

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____

    _____

    (b) At arraignment and plea _____

(6)

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Pro'se Jason Treadway_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_January 4, 2007_
(date)

_Jason Treadway_
Signature of Petitioner

(7)



Jason Treadway #332056
Howard R. Young Correctional Ent.
Wilmington, Delaware 19809

Clerk of Courts
United States District Court
District of Delaware
10th and King Street
Wilmington Delaware
19805

Legal Mail