Jan. 30, 2007

Enclosed your office will find the returned AEDPA Election form.

Also, can you forward me a copy when you recieved this document.

Thank You Sincerely
Jason Treadway #332056
Jason Treadway # 332056
Howard R. Young Correctional Center.

Jan. 30, 2007



FILED
FEB - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned