D.I. #_____

# CIVIL ACTION
# NUMBER: _____07-18 \*\*\*_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage            $
Certified Fee
Return Receipt Fee                    Postmark
(Endorsement Required)                 Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To       LOREN MEYERS
              DEPUTY ATTORNEY GENERAL
Street, Apt. No.;
or PO Box No. DEPARTMENT OF JUSTICE
City, State, ZIP+4  820 N. FRENCH STREET
              WILMINGTON, DE  19801
PS Form 3800, June 2002        See Reverse for Instructions
```

7005 1820 0004 3169 7197