D.I. # _____

# CIVIL ACTION
# NUMBER: 07-18 ***

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7005 1820 0004 3169 7203

Raphael Williams, Warden
Howard Young Correctional Institute
P.O. Box 9561
Wilmington, DE 19809