D.I. # _____

# CIVIL ACTION
# NUMBER: CA 07-18****

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Glen Worley   C. Date of Delivery |
| 1. Raphael Williams, Warden<br>Howard Young Correctional Institute<br>P.O. Box 9561<br>Wilmington, DE 19809 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 7203 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



FILED
FEB - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned in