# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON TREADWAY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 07-018-*** |
| | ) |
| RAPHAEL WILLIAMS, et al., | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby file the following state records:

A. *State v. Treadway*, ID No. 0407014054, Superior Court docket.

B. Transfer of Custody, Form IX, Interstate Agreement on Detainers, dated February 28, 2007.

C. Department of Correction inmate location history.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801
(302) 577-8398

Dated: March 26, 2007

## CERTIFICATION OF SERVICE

The undersigned certifies that on March 26, 2007, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on March 27, 2007 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Jason D. Treadway
McDowell County Correctional Center
50 Court Street
Welch, West Virginia  24801

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398