


**Utility Events**
1:07-cv-00018-*** Treadway v. Williams et al
HABEAS, PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2008 at 4:10 PM EST and filed on 2/1/2008
**Case Name:** Treadway v. Williams et al
**Case Number:** 1:07-cv-18
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned from the Vacant Judgeship to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rwc)

**1:07-cv-18 Notice has been electronically mailed to:**
Gregory E. Smith greg.smith@state.de.us

**1:07-cv-18 Notice has been delivered by other means to:**

Jason Treadway
SBI# 332056
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809