

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER

INMATE UNKNOWN ___ NO INMATE BY THIS SPELLING
___ INMATE RELEASED ___ ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE REFUSED

RECEIVED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD

07-18

Jason Treadway
SBI#
Howard Young Correctional Institution
P.O.
Wilmington, DE 19809

US POSTAGE
02/19/2008
Mailed from 19801

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON TREADWAY, | ) |
| | ) |
|      Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-18-SLR |
| | ) |
| RAPHAEL WILLIAMS, | ) |
| Warden, | ) |
| and ATTORNEY GENERAL | ) |
| OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
|      Respondents. | ) |

## ORDER

At Wilmington this 13th day of February, 2008, consistent with the memorandum opinion issued this same date; IT IS HEREBY ORDERED that:

1. Petitioner Jason Treadway's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

 

 

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON TREADWAY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-18-SLR |
| | ) |
| RAPHAEL WILLIAMS, | ) |
| Warden, | ) |
| and ATTORNEY GENERAL | ) |
| OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents. | ) |

Jason Treadway. Pro se petitioner.

Gregory E.Smith, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware.  Counsel for respondents.

**MEMORANDUM OPINION**[1]

February  *13* , 2008
Wilmington, Delaware

---

[1]This case was re-assigned to the undersigned from the Vacant Judgeship on February 1, 2008.