

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON TREADWAY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RAPHAEL WILLIAMS, )<br>Warden, )<br>and ATTORNEY GENERAL )<br>OF THE STATE OF )<br>DELAWARE, )<br>)<br>Respondents. ) | Civil Action No. 07-18-SLR |

### ORDER

At Wilmington this 13th day of February, 2008, consistent with the memorandum opinion issued this same date; IT IS HEREBY ORDERED that:

1. Petitioner Jason Treadway's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE